## Commonwealth *v.* Moses, Appellant.

744

Submitted September 15, 1969. *Michael F. Walsh,* for appellant; *Jeffrey A. Brodkin* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.